**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-1217**

———————

KENNETH D. LIGGINS,

                                    Plaintiff - Appellant,

        versus

BANK OF CLARKE COUNTY; BILL BOWMAN, Loan
Officer; VALERA BELCHER, Collection Manager;
CHRIS CUNNINGHAM, Collection Officer; SHARON
PARISH, Bank Teller,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, District
Judge.  (1:05-cv-01397-TSE)

———————

Submitted:  August 31, 2006        Decided:  September 27, 2006

———————

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Kenneth D. Liggins, Appellant Pro Se.  Thomas L. Appler, WILSON,
ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, McLean, Virginia, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kenneth D. Liggins appeals the district court's order accepting the recommendation of the magistrate judge to deny his motion for default judgment and granting the Defendants' motion to dismiss his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Liggins v. Bank of Clarke County, No. 1:05-cv-01397-TSE (E.D. Va. filed Jan. 31, 2006; entered Feb. 2, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED